03/06/25 4:34 PM

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Sullivan Mechanical Contractors, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
AKA Sullivan Mechanical

**3. Debtor's federal Employer Identification Number (EIN)**  
54-0804577

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 710 4th Street<br>Shenandoah, VA 22849<br>Number, Street, City, State & ZIP Code | PO Box 304<br>Shenandoah, VA 22849<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Page<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
www.sullivanmechanical.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor __Sullivan Mechanical Contractors, Inc.__     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __2382__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    Sullivan Mechanical Contractors, Inc.      Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
      Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 6, 2025
              MM / DD / YYYY

X /s/   Malcolm Sullivan, Jr.                                   Malcolm Sullivan, Jr.
   Signature of authorized representative of debtor              Printed name

Title   Chairman of Board

**18. Signature of attorney**

X /s/ Paula S. Beran                                    Date   March 6, 2025
   Signature of attorney for debtor                             MM / DD / YYYY

Paula S. Beran VSB   34679
Printed name

Tavenner & Beran, PLC
Firm name

20 N 8th Street, 2nd Floor
Richmond, VA 23219
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   pberan@tb-lawfirm.com

VA   Bar No. 34679
Bar number and State

Case 25-50126    Doc 1    Filed 03/06/25    Entered 03/06/25 21:51:10    Desc Main
Document    Page 5 of 19

03/06/25 4:34 PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sullivan Mechanical Contractors, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Air Conditioning EQ Sales LLC<br>PO Box 37031<br>Baltimore, MD 21297 | | | | | | $66,030.22 |
| Blue Ridge Bank - Master Card<br>PO Box 70222<br>Philadelphia, PA 19176 | | | | | | $174,644.35 |
| C&W Tesco Integra Testing Services LLC<br>9045 Osborne Drive<br>Mentor, OH 44060 | | | | | | $83,600.40 |
| Christopher Purdham<br>5825 Beard Woods Lane<br>Harrisonburg, VA 22802 | | Accrued PTO | | | | $12,700.20 |
| Ferguson Enterprises Inc<br>505 Garrett Street<br>Charlottesville, VA 22902 | | | | | | $213,472.79 |
| Firestop of Virginia Inc 1<br>PO Box 19345<br>Roanoke, VA 24019 | | | Contingent | | | $10,096.68 |
| John W. Apelt<br>383 Napier Ln.<br>Scottsville, VA 24590 | | Accrued PTO | Disputed | | | $14,352.00 |
| Johnson Controls Inc<br>PO Box 730068<br>Dallas, TX 75373 | | | | | | $353,451.04 |
| Johnson Controls Inc 1<br>PO Box 730068<br>Dallas, TX 75373 | | | Contingent | | | $77,530.24 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Sullivan Mechanical Contractors, Inc.   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kirby Cundiff Insulation Inc<br>PO Box 19345<br>Roanoke, VA 24019 | | | | | | $416,824.73 |
| Kirby Cundiff Insulation Inc 1<br>PO Box 19345<br>Roanoke, VA 24019 | | | Contingent | | | $92,476.07 |
| Machinery Finance Resources<br>651 Day Hill Road<br>Windsor, CT 06095 | | 1 Roto Die Model 15 Bender | | $18,653.85 | $10,000.00 | $8,653.85 |
| Mid Atlantic Test & Balance<br>1120 Wilborn Ave<br>South Boston, VA 24592 | | | | | | $20,815.15 |
| NB Handy<br>PO Box 11407, Dept #1653<br>Birmingham, AL 35246 | | | | | | $21,651.75 |

Debtor   Sullivan Mechanical Contractors, Inc.   Case number (if known)
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Newity + Northeast Bank<br>1123 W Washington Blvd 3rd Floor<br>Chicago, IL 60607 | billing@newitymarket.com | sheet metal materials, plumbing fittings and pipe, and other miscellaneous items Desks, drawing tables, rolling desk chairs, filing cabinets, chairs, tables, server, computers, monitors, credenza, television, bookshelves, drafting tables, stools, ammonia machine, white board, shredder, refrigerators, laptops, coffee maker, water machine, microwave, toaster oven, plotter, copier/printer, printer. Frehauf Trailer Dorsey Trailer 87 FREHAUF TRAILER Strick Canvas Trailer New Market Trailer 2014 Skytrak 6042, Variable Reach Forklifts/n, 0160059666 1 Roto Die Model 15 Bender Lockformer Vulcan Plus cutting system with powermax 45 5x10 cutting table www.sullivanmechanical.com Goodwill | | $243,541.55 | $153,202.00 | $100,339.55 |
| Northeastern Supply, Inc<br>PO Box 418154<br>Boston, MA 02241 | | | | | | $14,556.80 |
| Racey Engineering<br>312 W Main St<br>Luray, VA 22835 | | | Contingent | | | $13,700.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 3

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Sullivan Mechanical Contractors, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rodney D. Hartley<br>3065 River Rd.<br>Elkton, VA 22828 | | Accrued PTO | Disputed | | | $13,938.44 |
| Shultz & James Inc<br>9 East Cary Street<br>Richmond, VA 23219 | | | | | | $113,821.95 |
| Virginia Energy Services 1<br>7459 Old Hickory Drive, Suite 205<br>Mechanicsville, VA 23111 | | | Contingent | | | $27,754.06 |

# United States Bankruptcy Court
## Western District of Virginia, Harrisonburg Division

In re: Sullivan Mechanical Contractors, Inc.
Debtor(s)

Case No.
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: March 6, 2025

/s/ Malcolm Sullivan, Jr.
Malcolm Sullivan, Jr./Chairman of Board
Signer/Title

ABC
8434 Meadowbridge Road
Mechanicsville, VA 23116


Air Conditioning EQ Sales LLC
PO Box 37031
Baltimore, MD 21297


Air Conditioning Equipment Sales (ACES)
7314 Impala Drive
Henrico, VA 23228


Air Filters Inc.
3920 Industry Ave
Richmond, VA 23234


Airgas USA LLC
PO Box 734445
Chicago, IL 60673


Anthony R. Shifflett
3457 Little Gap Rd.
Elkton, VA 22827


ARC3 Gases
PO Box 896866
Charlotte, NC 28289


Automotive Fasteners Inc
PO Box 20686
Greensboro, NC 27420


Bank of America credit card
PO Box 15796
Wilmington, DE 19886


Barton Malow Builders LLC
100 10th St NE Ste 100
Charlottesville, VA 22902


Benjamin P. Kyriacopoulos
296 W. Main St.
Stanley, VA 22851


Blue Ridge Bank - Master Card
PO Box 70222
Philadelphia, PA 19176


Bradlee K. Blosser
3065 River Rd.
Elkton, VA 22827


Brian K. Rogers
1236 Manis Ln
Elkton, VA 22827

C&W Tesco
14316 Sommerville Court
Midlothian, VA 23113


C&W Tesco Integra Testing Services LLC
9045 Osborne Drive
Mentor, OH 44060


C&W Tesco Integra Testing Services LLC 1
9045 Osborne Drive
Mentor, OH 44060


C.L. Custer LLC
PO Box 222
Harrisonburg, VA 22803


Capital Electric
PO Box 404749
Atlanta, GA 30384


Carrier Enterprises LLC
PO Box 32156
New York, NY 10087


Cem Aydin
121 Warren Ave.
Shenandoah, VA 22849


Central Virginia Rental
2482 Jefferson Hwy
Waynesboro, VA 22980


Charles E. Apelt
631 Napier Ln.
Scottsville, VA 24590


Charlottesville Wrecker Services
1510 E. High St.
Charlottesville, VA 22902


Christopher Purdham
5825 Beard Woods Lane
Harrisonburg, VA 22802


Cintas Corporation #394
PO Box 630803
Cincinnati, OH 45263


Commercial Steel
PO Box 1030
Madison Heights, VA 24572


Commonwealth of Virginia
1957 Westmoreland Street
Richmond, VA 23230

```
Cottonwood Commercial
1958 Evelyn Byrd Ave
Harrisonburg, VA 22801


County of Page
103 S Court Street, Suite A
Luray, VA 22835


Crystal Springs
PO Box 660579
Dallas, TX 75266


Daniel J. Petrillo
304 Quincy Ave.
Shenandoah, VA 22849


David Cox, Esquire
900 Lakeside Drive
Lynchburg, VA 24501


Dillon Supply Co
PO Box 896595
Charlotte, NC 28289


Eddie K Rogers
809 10th St.
Shenandoah, VA 22849


Edward F. Merica
1664 Fleeburg Rd.
Shenandoah, VA 22849


Ferguson Enterprises Inc
505 Garrett Street
Charlottesville, VA 22902


Ferguson Enterprises Inc 1
505 Garrett Street
Charlottesville, VA 22902


Firestop of Virginia Inc 1
PO Box 19345
Roanoke, VA 24019


Firestop of Virginia, Inc.
263 Industrial Drive
Roanoke, VA 24019


First Bank
Gene Merchant
112 West King Street
Strasburg, VA 22657


First Corporate Solutions, Inc
914 S Street
Sacramento, CA 95811
```

```
Frederick Jarvis
16683 Naked Creek Rd.
Elkton, VA 22827


Grainger
Dept 809120611
Palatine, IL 60038


Gulf Seaboard General Contractors Inc.
629 North Washington Highway
Ashland, VA 23005


Hagan W. Bradley
167 Deerfield Estates
Stanley, VA 22851


Hajoca Corporation
PO Box 536414
Pittsburgh, PA 15253


Hobbs & Associates Inc
PO Box 12909
Norfolk, VA 23541


Hoffman & Hoffman
PO Box 896000
Charlotte, NC 28289


Holtzman Corp
PO Box 35
Mount Jackson, VA 22842


Integrated Scaffolding Concept
PO Box 1030
Midlothian, VA 23113


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


J & M Auto Parts, Inc
301 Quincy St
Shenandoah, VA 22849


Jacqueline A. Sullivan-Smoot
604 South First Street
Shenandoah, VA 22849


Jacqueline Sullivan-Smoot
604 South First Street
Shenandoah, VA 22849


Jeremy F. Atkins
3557 Whispering Winds Trail
Elkton, VA 22827
```

```
John W. Apelt
383 Napier Ln.
Scottsville, VA 24590


Johnson Controls Inc
PO Box 730068
Dallas, TX 75373


Johnson Controls Inc 1
PO Box 730068
Dallas, TX 75373


Johnson Controls, Inc.
320 Winding River Lane Ste 202
Charlottesville, VA 22911


Jonathan M. Snyder
756 Shenk Hollow Rd.
Luray, VA 22835


Jr's Tire Center, Inc
200 4th Street
Shenandoah, VA 22849


Judy Sullivan
4564 Indian Trail Road
Keezletown, VA 22832


Justin W. Sutherland
1272 Beldor Rd.
Elkton, VA 22827


Karen D. Kirk
1664 Fleeburg Rd.9412 Redtop Ct.
Mc Gaheysville, VA 22840


Kendall L. McAlister
1740 US HWY BSN 340W
Stanley, VA 22851


Kevin S. Shifflett
4173 East Point Road
Elkton, VA 22827


Kirby Cundiff Insulation Inc
PO Box 19345
Roanoke, VA 24019


Kirby Cundiff Insulation Inc 1 PO
Box 19345
Roanoke, VA 24019
```

```
Kirby-Cundiff Insulation
PO Box 19345
Roanoke, VA 24019


Lantz Construction Company
539 South Main Street
Broadway, VA 22815


Lowes
PO Box 669821
Dallas, TX 75266


Machinery Finance Resources
651 Day Hill Road
Windsor, CT 06095


Main Street Plum/Elec Supply
PO Box 969
Mineral, VA 23117


Makayla L. Apelt
383 Napier Ln
Scottsville, VA 24590


Malcolm R. Sullivan, Jr.
4564 INDIAN TRAIL ROAD
Keezletown, VA 22832


Malcolm Sullivan, Jr
4564 Indian Trail Road
Keezletown, VA 22832


Marcus A. Painter
16694 Stroop Town Road
Timberville, VA 22853


Mark E. Kite
6257 Ida Rd.
Stanley, VA 22851


Markel Insurance Company
4521 Highwoods Parkway
Glen Allen, VA 23060


Martin Hardware Co Inc
941 Preston Ave
Charlottesville, VA 22903


Michael D. Botkin
103 Augusta Ave.
Grottoes, VA 24441


Michael R. Shifflett
4229 East Point Road
Elkton, VA 22827
```

```
Mid Atlantic Test & Balance
1120 Wilborn Ave
South Boston, VA 24592


Mid Atlantic Test & Balance 1
1120 Wilborn Ave
South Boston, VA 24592


Myers Ford
13959 Spotswood Trail
Elkton, VA 22827


Nathaniel P. Mitchell
10967 McGaheysville Rd.
Mc Gaheysville, VA 22840


NB Handy
PO Box 11407, Dept #1653
Birmingham, AL 35246


NEFCO dba Contractors & Industrl Supp
PO Box 0568
Bridgeport, CT 06601


NEFCO dba Contractors & Industrl Supp 1
PO Box 0568
Bridgeport, CT 06601


Newity + Northeast Bank
1123 W Washington Blvd 3rd Floor
Chicago, IL 60607


Nielsen Builders, Inc
3588 Early Road
Harrisonburg, VA 22801


Nielsen Builders, Inc.
3588 Early Road
Harrisonburg, VA 22801


Northeast Bank
One Marina Park Drive, Floor 8
Boston, MA 02210


Northeastern Supply, Inc
PO Box 418154
Boston, MA 02241


Northeastern Supply, Inc 1
PO Box 418154
Boston, MA 02241


Quill Corporation
PO Box 37600
Philadelphia, PA 19101
```

```
Racey Engineering
312 W Main St
Luray, VA 22835


Re Michel Company LLC
PO Box 70510
Philadelphia, PA 19176


Roberts Oxygen Company, Inc
PO Box 5507
Derwood, MD 20855


Rodney D. Hartley
3065 River Rd.
Elkton, VA 22828


Rodney L. Atkins
14984 S Eastside Hwy
Grottoes, VA 24441


Roland K Shifflett II
1762 Slate Mill Brand Rd.
Charlottesville, VA 22903


Ronald Smoot
604 South First Street
Shenandoah, VA 22849


Ryan P. Corsa
505 7th St.
Shenandoah, VA 22849


Shane J. Morris
12744 woodpecker Dr.
Grottoes, VA 24441


Shenandoah Valley Electric Cooperative
180 Oakwood Drive
Harrisonburg, VA 22801


Shultz & James Inc
9 East Cary Street
Richmond, VA 23219


Shultz & James Inc 1
9 East Cary Street
Richmond, VA 23219


Southern Refrigeration Co
PO Box 12646
Roanoke, VA 24027


Specialty Fasteners Inc
265 Turkeysag Trail, Suite 102
Palmyra, VA 22963
```

```
SRC, Inc.
5711 Greendale Road
Henrico, VA 23228


Star Capital Group, L.P.
801 Cassatt Road Sui
Berwyn, PA 19312


Sullivan Group
710 4th Street
Po Box 304
Shenandoah, VA 22849


Tarleton Oak Service Center
815 East High Street
Charlottesville, VA 22902


The Cincinnati Insurance Co
PO Box 145620
Cincinnati, OH 45250


Timothy L. Cave
113 Eunice Dr.
Stanley, VA 22851


TLA Inc
Po Box 37188
Baltimore, MD 21297


Town of Shenandoah
426 First Street
Shenandoah, VA 22849


Trane US Inc
PO Box 406469
Atlanta, GA 30384


Trane US Inc 1
PO Box 406469
Atlanta, GA 30384


U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326


UBEO Business Services
PO Box 791790
Baltimore, MD 21279


United Rentals
po Box 100711
Atlanta, GA 30384
```

United Rentals 1
po Box 100711
Atlanta, GA 30384


Vincent C. Strickler
950 Honeyville Rd.
Stanley, VA 22851


Virginia Energy Services 1
7459 Old Hickory Drive, Suite 205
Mechanicsville, VA 23111


Virginia Water Systems
2531 Oak Leaf Blvd.
Midlothian, VA 23112


Vision Technology Group
2427 John Wayland Hwy Suite #1
Harrisonburg, VA 22801


Vision Technology Group LLC
2427 John Wayland Highway, Suite 1
Harrisonburg, VA 22801


WEX Bank (Exxon)
PO Box 6293
Carol Stream, IL 60197


Whitley/Service
PO Box 525
Charlottesville, VA 22902


William D. Grimsley
718 7th St.
Shenandoah, VA 22849


Winsupply Harrisonburg
1775 Erickson Ave
Harrisonburg, VA 22801


WO Grubb
5120 Jefferson Davis Hwy
Richmond, VA 23234