| Fill in this information to identify the case: |
| --- |

Debtor name    Sullivan Mechanical Contractors, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 6, 2025     **X** /s/   Malcolm Sullivan, Jr.
                                           Signature of individual signing on behalf of debtor

                                           Malcolm Sullivan, Jr.
                                           Printed name

                                           Chairman of Board
                                           Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Sullivan Mechanical Contractors, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Air Conditioning EQ Sales LLC PO Box 37031 Baltimore, MD 21297 | | | | | | $66,030.22 |
| Blue Ridge Bank - Master Card PO Box 70222 Philadelphia, PA 19176 | | | | | | $174,644.35 |
| C&W Tesco Integra Testing Services LLC 9045 Osborne Drive Mentor, OH 44060 | | | | | | $83,600.40 |
| Christopher Purdham 5825 Beard Woods Lane Harrisonburg, VA 22802 | | Accrued PTO | | | | $12,700.20 |
| Ferguson Enterprises Inc 505 Garrett Street Charlottesville, VA 22902 | | | | | | $213,472.79 |
| Firestop of Virginia Inc 1 PO Box 19345 Roanoke, VA 24019 | | | Contingent | | | $10,096.68 |
| John W. Apelt 383 Napier Ln. Scottsville, VA 24590 | | Accrued PTO | Disputed | | | $14,352.00 |
| Johnson Controls Inc PO Box 730068 Dallas, TX 75373 | | | | | | $353,451.04 |
| Johnson Controls Inc 1 PO Box 730068 Dallas, TX 75373 | | | Contingent | | | $77,530.24 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor     Sullivan Mechanical Contractors, Inc.                                    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kirby Cundiff Insulation Inc PO Box 19345 Roanoke, VA 24019 | | | | | | $416,824.73 |
| Kirby Cundiff Insulation Inc 1 PO Box 19345 Roanoke, VA 24019 | | | Contingent | | | $92,476.07 |
| Machinery Finance Resources 651 Day Hill Road Windsor, CT 06095 | | 1 Roto Die Model 15 Bender | | $18,653.85 | $10,000.00 | $8,653.85 |
| Mid Atlantic Test & Balance 1120 Wilborn Ave South Boston, VA 24592 | | | | | | $20,815.15 |
| NB Handy PO Box 11407, Dept #1653 Birmingham, AL 35246 | | | | | | $21,651.75 |

| Debtor | Sullivan Mechanical Contractors, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Newity + Northeast Bank 1123 W Washington Blvd 3rd Floor Chicago, IL 60607 | billing@newitymarket.com | sheet metal materials, plumbing fittings and pipe, and other miscellaneous items Desks, drawing tables, rolling desk chairs, filing cabinets, chairs, tables, server, computers, monitors, credenza, television, bookshelves, drafting tables, stools, ammonia machine, white board, shredder, refrigerators, laptops, coffee maker, water machine, microwave, toaster oven, plotter, copier/printer, printer. Frehauf Trailer Dorsey Trailer 87 FREHAUF TRAILER Strick Canvas Trailer New Market Trailer 2014 Skytrak 6042, Variable Reach Forklifts/n, 0160059666 1 Roto Die Model 15 Bender Lockformer Vulcan Plus cutting system with powermax 45 5x10 cutting table www.sullivanmechanical.com Goodwill | | $243,541.55 | $153,202.00 | $100,339.55 |
| Northeastern Supply, Inc PO Box 418154 Boston, MA 02241 | | | | | | $14,556.80 |
| Racey Engineering 312 W Main St Luray, VA 22835 | | | Contingent | | | $13,700.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Sullivan Mechanical Contractors, Inc.                           Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rodney D. Hartley 3065 River Rd. Elkton, VA 22828 | | Accrued PTO | Disputed | | | $13,938.44 |
| Shultz & James Inc 9 East Cary Street Richmond, VA 23219 | | | | | | $113,821.95 |
| Virginia Energy Services 1 7459 Old Hickory Drive, Suite 205 Mechanicsville, VA 23111 | | | Contingent | | | $27,754.06 |

**Fill in this information to identify the case:**

Debtor name ___Sullivan Mechanical Contractors, Inc.___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **First Bank**

Creditor's Name
Gene Merchant
112 West King Street
Strasburg, VA 22657
Creditor's mailing address

pmartin@fbvirginia.com
Creditor's email address, if known

**Date debt was incurred**
2/22/2024
**Last 4 digits of account number**
5046
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts Receivable; Accounts Receivables ; 710 4th Street, Shenandoah, VA 22849

**Describe the lien**
Deed of Trust
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $950,000.00 | $2,401,458.16 |

**2.2** | **Machinery Finance Resources**

Creditor's Name

651 Day Hill Road
Windsor, CT 06095
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/3/2020
**Last 4 digits of account number**
1001
**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Lockformer Vulcan Plus cutting system with powermax 45 5x10 cutting table

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $0.00 | $15,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Sullivan Mechanical Contractors, Inc.
_____
Name                                                          Case number (if known) _____

1. Machinery Finance
Resources
2. Newity + Northeast Bank
_____

| 2.3 | Machinery Finance Resources | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $18,653.85 | $10,000.00 |
| | 651 Day Hill Road | 1 Roto Die Model 15 Bender | | |
| | Windsor, CT 06095 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Purchase Money Security | | |
| | | Is the creditor an insider or related party? | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☒ No | | |
| | 10/12/2022 | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

Do multiple creditors have an
interest in the same property?
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. Machinery Finance
Resources
2. Newity + Northeast Bank

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.4 | Markel Insurance Company | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| | 4521 Highwoods Parkway | | | |
| | Glen Allen, VA 23060 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | UCC | | |
| | | Is the creditor an insider or related party? | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No | | |
| | | ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

Do multiple creditors have an
interest in the same property?
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
    Preferential Lien

As of the petition filing date, the claim is:
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

| 2.5 | Newity + Northeast Bank | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $243,541.55 | $153,202.00 |
| | 1123 W Washington Blvd 3rd | sheet metal materials, plumbing fittings and pipe, | | |

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Floor
Chicago, IL 60607

and other miscellaneous items; Desks, drawing tables, rolling desk chairs, filing cabinets, chairs, tables, server, computers, monitors, credenza, television, bookshelves, drafting tables, stools, ammonia machine, white board, shredder, refrigerators, laptops, coffee maker, water machine, microwave, toaster oven, plotter, copier/printer, printer.; Frehauf Trailer; Dorsey Trailer; 87 FREHAUF   TRAILER; Strick Canvas Trailer; New Market Trailer; 2014 Skytrak 6042, Variable Reach Forklifts/n, 0160059666; 1 Roto Die Model 15 Bender; Lockformer Vulcan Plus cutting system with powermax 45 5x10 cutting table; www.sullivanmechanical.com; Goodwill

Creditor's mailing address

billing@newitymarket.com

Creditor's email address, if known

**Date debt was incurred**
6/10/2024
**Last 4 digits of account number**
9108

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Star Capital Group, L.P. | Describe debtor's property that is subject to a lien | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

801 Cassatt Road Sui
Berwyn, PA 19312
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,212,195.40 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|--------|----------------------------------------|--------------------------|---|
| | Name | | |

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|--------------------|-------------------------------------------------------------|------------------------------------------------|
| First Corporate Solutions, Inc<br>914 S Street<br>Sacramento, CA 95811 | Line   2.6 | |
| Northeast Bank<br>One Marina Park Drive, Floor 8<br>Boston, MA 02210 | Line   2.5 | |

| Fill in this information to identify the case: |
|---|

Debtor name     Sullivan Mechanical Contractors, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Anthony R. Shifflett<br>3457 Little Gap Rd.<br>Elkton, VA 22827 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $6,940.00 | $6,940.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Benjamin P. Kyriacopoulos<br>296 W. Main St.<br>Stanley, VA 22851 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $156.00 | $156.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>Bradlee K. Blosser<br>3065 River Rd.<br>Elkton, VA 22827 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $2,047.13 | $2,047.13 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address<br>Brian K. Rogers<br>1236 Manis Ln<br>Elkton, VA 22827 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $810.00 | $810.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>Cem Aydin<br>121 Warren Ave.<br>Shenandoah, VA 22849 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $4,103.50 | $4,103.50 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>Charles E. Apelt<br>631 Napier Ln.<br>Scottsville, VA 24590 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $792.00 | $792.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address<br>Christopher Purdham<br>5825 Beard Woods Lane<br>Harrisonburg, VA 22802 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,700.20 | $12,700.20 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>Commonwealth of Virginia<br>1957 Westmoreland Street<br>Richmond, VA 23230 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

County of Page
103 S Court Street, Suite A
Luray, VA 22835

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.10**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.50 | $166.50 |
|---|---|---|---|

Daniel J. Petrillo
304 Quincy Ave.
Shenandoah, VA 22849

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.11**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,380.00 | $1,380.00 |
|---|---|---|---|

Eddie K Rogers
809 10th St.
Shenandoah, VA 22849

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,580.00 | $6,580.00 |
|---|---|---|---|

Edward F. Merica
1664 Fleeburg Rd.
Shenandoah, VA 22849

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.00 | $527.00 |
|---|---|---|---|

Frederick Jarvis
16683 Naked Creek Rd.
Elkton, VA 22827

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.14**

Priority creditor's name and mailing address
Hagan W. Bradley
167 Deerfield Estates
Stanley, VA 22851

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$178.50     $178.50

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.15**

Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.16**

Priority creditor's name and mailing address
Jeremy F. Atkins
3557 Whispering Winds Trail
Elkton, VA 22827

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$1,200.00     $1,200.00

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.17**

Priority creditor's name and mailing address
John W. Apelt
383 Napier Ln.
Scottsville, VA 24590

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$14,352.00     $14,352.00

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.18**

Priority creditor's name and mailing address
Jonathan M. Snyder
756 Shenk Hollow Rd.
Luray, VA 22835

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$3,328.00     $3,328.00

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.19**

Priority creditor's name and mailing address
Justin W. Sutherland
1272 Beldor Rd.
Elkton, VA 22827

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$1,681.50    $1,681.50

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address
Karen D. Kirk
1664 Fleeburg Rd.9412 Redtop Ct.
Mc Gaheysville, VA 22840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$4,560.00    $4,560.00

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address
Kendall L. McAlister
1740 US HWY BSN 340W
Stanley, VA 22851

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$2,805.00    $2,805.00

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address
Kevin S. Shifflett
4173 East Point Road
Elkton, VA 22827

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$512.00    $512.00

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.23**

Priority creditor's name and mailing address
Makayla L. Apelt
383 Napier Ln
Scottsville, VA 24590

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$1,404.00    $1,404.00

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.70 | $455.70 |
|---|---|---|---|---|
| | Marcus A. Painter<br>16694 Stroop Town Road<br>Timberville, VA 22853 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,740.25 | $9,740.25 |
|---|---|---|---|---|
| | Mark E. Kite<br>6257 Ida Rd.<br>Stanley, VA 22851 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|
| | Michael D. Botkin<br>103 Augusta Ave.<br>Grottoes, VA 24441 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |
|---|---|---|---|---|
| | Michael R. Shifflett<br>4229 East Point Road<br>Elkton, VA 22827 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|---|---|---|---|---|
| | Nathaniel P. Mitchell<br>10967 McGaheysville Rd.<br>Mc Gaheysville, VA 22840 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.29 | Priority creditor's name and mailing address<br>Rodney D. Hartley<br>3065 River Rd.<br>Elkton, VA 22828 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $13,938.44 | $13,938.44 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address<br>Rodney L. Atkins<br>14984 S Eastside Hwy<br>Grottoes, VA 24441 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $540.00 | $540.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.31 | Priority creditor's name and mailing address<br>Roland K Shifflett II<br>1762 Slate Mill Brand Rd.<br>Charlottesville, VA 22903 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $2,574.00 | $2,574.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address<br>Ryan P. Corsa<br>505 7th St.<br>Shenandoah, VA 22849 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $627.00 | $627.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address<br>Shane J. Morris<br>12744 woodpecker Dr.<br>Grottoes, VA 24441 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $46.00 | $46.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Accrued PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.34**

Priority creditor's name and mailing address
Timothy L. Cave
113 Eunice Dr.
Stanley, VA 22851

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$6,456.00    $6,456.00

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.35**

Priority creditor's name and mailing address
Town of Shenandoah
426 First Street
Shenandoah, VA 22849

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.36**

Priority creditor's name and mailing address
Vincent C. Strickler
950 Honeyville Rd.
Stanley, VA 22851

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$5,207.00    $5,207.00

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.37**

Priority creditor's name and mailing address
William D. Grimsley
718 7th St.
Shenandoah, VA 22849

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$4,401.25    $4,401.25

Date or dates debt was incurred

Basis for the claim:
Accrued PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

**Nonpriority creditor's name and mailing address**
Air Conditioning EQ Sales LLC
PO Box 37031
Baltimore, MD 21297

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$66,030.22

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,269.28 |
|---|---|---|---|

Air Filters Inc.
3920 Industry Ave
Richmond, VA 23234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62.59 |
|---|---|---|---|

Airgas USA LLC
PO Box 734445
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

ARC3 Gases
PO Box 896866
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Automotive Fasteners Inc
PO Box 20686
Greensboro, NC 27420

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Bank of America credit card
PO Box 15796
Wilmington, DE 19886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $174,644.35 |
|---|---|---|---|

Blue Ridge Bank - Master Card
PO Box 70222
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $83,600.40 |
|---|---|---|---|

C&W Tesco Integra Testing Services LLC
9045 Osborne Drive
Mentor, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,758.60 |
|---|---|---|---|

C&W Tesco Integra Testing Services LLC 1
9045 Osborne Drive
Mentor, OH 44060

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|--------|----------------------------------------|------------------------|--|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|
| | C.L. Custer LLC<br>PO Box 222<br>Harrisonburg, VA 22803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|
| | Capital Electric<br>PO Box 404749<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|
| | Carrier Enterprises LLC<br>PO Box 32156<br>New York, NY 10087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|
| | Central Virginia Rental<br>2482 Jefferson Hwy<br>Waynesboro, VA 22980 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|
| | Charlottesville Wrecker Services<br>1510 E. High St.<br>Charlottesville, VA 22902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|
| | Cintas Corporation #394<br>PO Box 630803<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|
| | Commercial Steel<br>PO Box 1030<br>Madison Heights, VA 24572 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|
| | Crystal Springs<br>PO Box 660579<br>Dallas, TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $529.28
Dillon Supply Co
PO Box 896595
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $213,472.79
Ferguson Enterprises Inc
505 Garrett Street
Charlottesville, VA 22902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,108.71
Ferguson Enterprises Inc 1
505 Garrett Street
Charlottesville, VA 22902

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☐ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,096.68
Firestop of Virginia Inc 1
PO Box 19345
Roanoke, VA 24019

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Grainger
Dept 809120611
Palatine, IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Hajoca Corporation
PO Box 536414
Pittsburgh, PA 15253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,159.00
Hobbs & Associates Inc
PO Box 12909
Norfolk, VA 23541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,745.19
Hoffman & Hoffman
PO Box 896000
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Holtzman Corp
PO Box 35
Mount Jackson, VA 22842

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,276.61

Integrated Scaffolding Concept
PO Box 1030
Midlothian, VA 23113

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

J & M Auto Parts, Inc
301 Quincy St
Shenandoah, VA 22849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00

Jacqueline A. Sullivan-Smoot
604 South First Street
Shenandoah, VA 22849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00

Jacqueline A. Sullivan-Smoot
604 South First Street
Shenandoah, VA 22849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Insider

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00

Jacqueline A. Sullivan-Smoot
604 South First Street
Shenandoah, VA 22849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00

Jacqueline A. Sullivan-Smoot
604 South First Street
Shenandoah, VA 22849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Insider

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $321,357.53

Jacqueline A. Sullivan-Smoot
604 South First Street
Shenandoah, VA 22849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Insider

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150,000.00 |
|---|---|---|---|

Jacqueline Sullivan-Smoot
604 South First Street
Shenandoah, VA 22849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Insider

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $353,451.04 |
|---|---|---|---|

Johnson Controls Inc
PO Box 730068
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77,530.24 |
|---|---|---|---|

Johnson Controls Inc 1
PO Box 730068
Dallas, TX 75373

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No    ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Jr's Tire Center, Inc
200 4th Street
Shenandoah, VA 22849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $416,824.73 |
|---|---|---|---|

Kirby Cundiff Insulation Inc
PO Box 19345
Roanoke, VA 24019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $92,476.07 |
|---|---|---|---|

Kirby Cundiff Insulation Inc 1
PO Box 19345
Roanoke, VA 24019

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,364.66 |
|---|---|---|---|

Lowes
PO Box 669821
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Main Street Plum/Elec Supply
PO Box 969
Mineral, VA 23117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350,000.00**

Malcolm R. Sullivan, Jr.
4564 INDIAN TRAIL ROAD
Keezletown, VA 22832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Insider_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00**

Malcolm R. Sullivan, Jr.
4564 INDIAN TRAIL ROAD
Keezletown, VA 22832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Insider_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$321,357.53**

Malcolm R. Sullivan, Jr.
4564 INDIAN TRAIL ROAD
Keezletown, VA 22832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Insider_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Martin Hardware Co Inc
941 Preston Ave
Charlottesville, VA 22903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,815.15**

Mid Atlantic Test & Balance
1120 Wilborn Ave
South Boston, VA 24592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,135.42**

Mid Atlantic Test & Balance 1
1120 Wilborn Ave
South Boston, VA 24592

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Myers Ford
13959 Spotswood Trail
Elkton, VA 22827

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,651.75**

NB Handy
PO Box 11407, Dept #1653
Birmingham, AL 35246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

03/06/25 4:34 PM

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $817.09 |
|---|---|---|---|
| | NEFCO dba Contractors & Industrl Supp | | |
| | PO Box 0568 | ☐ Contingent | |
| | Bridgeport, CT 06601 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $181.47 |
|---|---|---|---|
| | NEFCO dba Contractors & Industrl Supp 1 | | |
| | PO Box 0568 | ☒ Contingent | |
| | Bridgeport, CT 06601 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,556.80 |
|---|---|---|---|
| | Northeastern Supply, Inc | | |
| | PO Box 418154 | ☐ Contingent | |
| | Boston, MA 02241 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,115.80 |
|---|---|---|---|
| | Northeastern Supply, Inc 1 | | |
| | PO Box 418154 | ☒ Contingent | |
| | Boston, MA 02241 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Quill Corporation | | |
| | PO Box 37600 | ☐ Contingent | |
| | Philadelphia, PA 19101 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,700.00 |
|---|---|---|---|
| | Racey Engineering | | |
| | 312 W Main St | ☒ Contingent | |
| | Luray, VA 22835 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Re Michel Company LLC | | |
| | PO Box 70510 | ☐ Contingent | |
| | Philadelphia, PA 19176 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Roberts Oxygen Company, Inc | | |
| | PO Box 5507 | ☐ Contingent | |
| | Derwood, MD 20855 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.58** | Nonpriority creditor's name and mailing address
Shenandoah Valley Electric Cooperative
180 Oakwood Drive
Harrisonburg, VA 22801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.59** | Nonpriority creditor's name and mailing address
Shultz & James Inc
9 East Cary Street
Richmond, VA 23219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$113,821.95

---

**3.60** | Nonpriority creditor's name and mailing address
Shultz & James Inc 1
9 East Cary Street
Richmond, VA 23219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$5,671.47

---

**3.61** | Nonpriority creditor's name and mailing address
Southern Refrigeration Co
PO Box 12646
Roanoke, VA 24027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.62** | Nonpriority creditor's name and mailing address
Specialty Fasteners Inc
265 Turkeysag Trail, Suite 102
Palmyra, VA 22963

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.63** | Nonpriority creditor's name and mailing address
Sullivan Group
710 4th Street
Po Box 304
Shenandoah, VA 22849

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider

Is the claim subject to offset? ☒ No ☐ Yes

$130,000.00

---

**3.64** | Nonpriority creditor's name and mailing address
Sullivan Group
710 4th Street
Po Box 304
Shenandoah, VA 22849

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider

Is the claim subject to offset? ☒ No ☐ Yes

$26,000.00

---

**3.65** | Nonpriority creditor's name and mailing address
Sullivan Group
710 4th Street
Po Box 304
Shenandoah, VA 22849

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider

Is the claim subject to offset? ☒ No ☐ Yes

$40,000.00

---

| Debtor | Sullivan Mechanical Contractors, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.66**

**Nonpriority creditor's name and mailing address**
Sullivan Group
710 4th Street
Po Box 304
Shenandoah, VA 22849

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insider

Is the claim subject to offset?  ☒ No   ☐ Yes

$15,000.00

---

**3.67**

**Nonpriority creditor's name and mailing address**
Sullivan Group
710 4th Street
Po Box 304
Shenandoah, VA 22849

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insider

Is the claim subject to offset?  ☒ No   ☐ Yes

$30,000.00

---

**3.68**

**Nonpriority creditor's name and mailing address**
Tarleton Oak Service Center
815 East High Street
Charlottesville, VA 22902

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.69**

**Nonpriority creditor's name and mailing address**
The Cincinnati Insurance Co
PO Box 145620
Cincinnati, OH 45250

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.70**

**Nonpriority creditor's name and mailing address**
TLA Inc
Po Box 37188
Baltimore, MD 21297

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.71**

**Nonpriority creditor's name and mailing address**
Trane US Inc
PO Box 406469
Atlanta, GA 30384

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$2,015.90

---

**3.72**

**Nonpriority creditor's name and mailing address**
Trane US Inc 1
PO Box 406469
Atlanta, GA 30384

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$6,408.93

---

**3.73**

**Nonpriority creditor's name and mailing address**
UBEO Business Services
PO Box 791790
Baltimore, MD 21279

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$134.64

---

| Debtor | Sullivan Mechanical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,515.67 |
|---|---|---|---|

United Rentals
po Box 100711
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ ☒ No ☐ Yes

Is the claim subject to offset?

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,686.02 |
|---|---|---|---|

United Rentals 1
po Box 100711
Atlanta, GA 30384

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ ☒ No ☐ Yes

Is the claim subject to offset?

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,754.06 |
|---|---|---|---|

Virginia Energy Services 1
7459 Old Hickory Drive, Suite 205
Mechanicsville, VA 23111

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ ☒ No ☐ Yes

Is the claim subject to offset?

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Virginia Water Systems
2531 Oak Leaf Blvd.
Midlothian, VA 23112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ ☒ No ☐ Yes

Is the claim subject to offset?

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Vision Technology Group LLC
2427 John Wayland Highway, Suite 1
Harrisonburg, VA 22801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ ☒ No ☐ Yes

Is the claim subject to offset?

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,306.86 |
|---|---|---|---|

WEX Bank (Exxon)
PO Box 6293
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ ☒ No ☐ Yes

Is the claim subject to offset?

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,304.65 |
|---|---|---|---|

Whitley/Service
PO Box 525
Charlottesville, VA 22902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ ☒ No ☐ Yes

Is the claim subject to offset?

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Winsupply Harrisonburg
1775 Erickson Ave
Harrisonburg, VA 22801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ ☒ No ☐ Yes

Is the claim subject to offset?

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

---

Debtor  __Sullivan Mechanical Contractors, Inc._____  Case number (if known) _____
            Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | David Cox, Esquire<br>900 Lakeside Drive<br>Lynchburg, VA 24501 | Line  3.34 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326 | Line  2.15 <br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 110,960.97 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,566,709.13 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,677,670.10 |

| Fill in this information to identify the case: |
|---|

Debtor name    Sullivan Mechanical Contractors, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Brandon Dorm II, Order No. 201351 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ABC<br>8434 Meadowbridge Road<br>Mechanicsville, VA 23116 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Charlottesville Bypass Fire Station #1, Order No. 103432 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Air Conditioning Equipment Sales (ACES)<br>7314 Impala Drive<br>Henrico, VA 23228 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Charlottesville Bypass Fire Station #1, Order No. 201358 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Air Conditioning Equipment Sales (ACES)<br>7314 Impala Drive<br>Henrico, VA 23228 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Brandon Dorms II Mechanical/Plumbing | |
| | State the term remaining | | |
| | List the contract number of any government contract | 1022(M,P,C) | Barton Malow Builders LLC<br>100 10th St NE Ste 100<br>Charlottesville, VA 22902 |

| Debtor 1 | Sullivan Mechanical Contractors, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Charlottesville Bypass Fire Station #1, Order No. 201380 |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | C&W Tesco<br>14316 Sommerville Court<br>Midlothian, VA 23113 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Charlottesville Bypass Fire Station #1, Order No. 201360 |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | C&W Tesco<br>14316 Sommerville Court<br>Midlothian, VA 23113 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Brandon Dorms II, Order No. 201349 |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | C&W Tesco<br>14316 Sommerville Court<br>Midlothian, VA 23113 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Virginia Realtors Commercial Listing Agreement |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Cottonwood Commercial<br>1958 Evelyn Byrd Ave<br>Harrisonburg, VA 22801 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor purchase order, Greone Co. Tech Center, Order No. 201364 |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Firestop of Virginia, Inc.<br>263 Industrial Drive<br>Roanoke, VA 24019 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Sullivan Mechanical Contractors, Inc.                                   Case number (*if known*) _____

      First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Brandon Dorms II, Order No. 201341 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Firestop of Virginia, Inc.<br>263 Industrial Drive<br>Roanoke, VA 24019 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Brandon Dorms II, Order No. 103400 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Firestop of Virginia, Inc.<br>263 Industrial Drive<br>Roanoke, VA 24019 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | PVCC-Construct Advance Technical Training Center Mechanical/Plumbing | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 622 | Gulf Seaboard General Contractors Inc.<br>629 North Washington Highway<br>Ashland, VA 23005 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Luray Elementary Mechanical/Plumbing | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2621 | Johnson Controls, Inc.<br>320 Winding River Lane Ste 202<br>Charlottesville, VA 22911 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Springfield Elementary School Mechanical/Plumbing | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2921 | Johnson Controls, Inc.<br>320 Winding River Lane Ste 202<br>Charlottesville, VA 22911 |

| Debtor 1 | Sullivan Mechanical Contractors, Inc. | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Luray Middle School Gym Mechanical/Plumbing | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 3221 | Johnson Controls, Inc. 320 Winding River Lane Ste 202 Charlottesville, VA 22911 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Page Middle School Gym Mechanical/Plumbing | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 3321 | Johnson Controls, Inc. 320 Winding River Lane Ste 202 Charlottesville, VA 22911 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Brandon Dorms II, Order No. 103399 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kirby Cundiff Insulation Inc PO Box 19345 Roanoke, VA 24019 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor purchase order, Greone Co. Tech Center, Order No. 201363 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kirby-Cundiff Insulation PO Box 19345 Roanoke, VA 24019 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Charlottesville Bypass Fire Stati9on #1, Order No. 201359 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kirby-Cundiff Insulation PO Box 19345 Roanoke, VA 24019 |

Debtor 1    Sullivan Mechanical Contractors, Inc. _____     Case number (if known) _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SMJ Early Learning Center, Order No. 201367<br><br><br>_____ | <br><br><br>Kirby-Cundiff Insulation<br>PO Box 19345<br>Roanoke, VA 24019 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Brandon Dorms II, Order No. 201340<br><br><br>_____ | <br><br><br>Kirby-Cundiff Insulation<br>PO Box 19345<br>Roanoke, VA 24019 |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SMJ Early Learning Center Mechanical/Plumbing<br><br><br>424 | <br><br><br>Lantz Construction Company<br>539 South Main Street<br>Broadway, VA 22815 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Greene County Technical Center Mechanical Plumbing<br><br><br>524 | <br><br><br>Lantz Construction Company<br>539 South Main Street<br>Broadway, VA 22815 |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Suncup Factory Mechanical/Plumbing<br><br><br>624 | <br><br><br>Lantz Construction Company<br>539 South Main Street<br>Broadway, VA 22815 |

| Debtor 1 | Sullivan Mechanical Contractors, Inc. | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Performance Bond dated 10/21/2022 for UVA upper class housing phase 2 Plumbing Order No. 4700020147 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Markel Insurance Company<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Performance Bond dated 10/21/2022 for UVA upper class housing phase 2 mechanical contract Order No. 4700020132 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Markel Insurance Company<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Performance Bond dated 06/06/2023 for BAS controls system under UVA upper class housing phase 2 Order No. 4700020530 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Markel Insurance Company<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Performance Bond dated 01/03/2024 for UVA - 652 Peter Jefferson Parkway (PJP) Infusion Center | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Markel Insurance Company<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | UVA PJP Infusion Center Mechanical/Plumbing | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 1023 | Nielsen Builders, Inc<br>3588 Early Road<br>Harrisonburg, VA 22801 |

03/06/25 4:34 PM

| Debtor 1 | Sullivan Mechanical Contractors, Inc. | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Charlottesville Bypass Fire Station #1 MEchanical/Plumbing | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 124 | Nielsen Builders, Inc. 3588 Early Road Harrisonburg, VA 22801 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Louisa Middle School Mechanical/Plumbing | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 324 | Nielsen Builders, Inc. 3588 Early Road Harrisonburg, VA 22801 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | UVA Old Med School Switchboard Replacement Mechanical/Plumbing | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 1223 | SRC, Inc. 5711 Greendale Road Henrico, VA 23228 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Numerous Vendors and Subcontractors providing services under standard SUBCONTRACTOR PURCHASE ORDER with acceptance by performance | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Subcontractor Purchase Order |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Technical support | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | UBEO Business Services PO Box 791790 Baltimore, MD 21279 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

03/06/25 4:34 PM

| Debtor 1 | Sullivan Mechanical Contractors, Inc. | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Maintenance agreement for IT support | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Vision Technology Group<br>2427 John Wayland Hwy Suite #1<br>Harrisonburg, VA 22801 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Brandon Dorms II, Order No. 201352 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | WO Grubb<br>5120 Jefferson Davis Hwy<br>Richmond, VA 23234 |

**Fill in this information to identify the case:**

Debtor name    Sullivan Mechanical Contractors, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Jacqueline Sullivan-Smoot | 604 South First Street Shenandoah, VA 22849 | First Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Jacqueline Sullivan-Smoot | 604 South First Street Shenandoah, VA 22849 | Newity + Northeast Bank | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Jacqueline Sullivan-Smoot | 604 South First Street Shenandoah, VA 22849 | Markel Insurance Company | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Judy Sullivan | 4564 Indian Trail Road Keezletown, VA 22832 | Newity + Northeast Bank | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Judy Sullivan | 4564 Indian Trail Road Keezletown, VA 22832 | Markel Insurance Company | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.6 | Malcolm Sullivan, Jr | 4564 Indian Trail Road Keezletown, VA 22832 | First Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

| Debtor | Sullivan Mechanical Contractors, Inc. | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Malcolm Sullivan, Jr | 4564 Indian Trail Road<br>Keezletown, VA 22832 | Newity + Northeast Bank | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Malcolm Sullivan, Jr | 4564 Indian Trail Road<br>Keezletown, VA 22832 | Markel Insurance Company | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Ronald Smoot | 604 South First Street<br>Shenandoah, VA 22849 | Newity + Northeast Bank | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Ronald Smoot | 604 South First Street<br>Shenandoah, VA 22849 | Markel Insurance Company | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Sullivan Group | 710 4th Street<br>Po Box 304<br>Shenandoah, VA 22849 | First Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Sullivan Group | 710 4th Street<br>Po Box 304<br>Shenandoah, VA 22849 | Markel Insurance Company | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy